[SEE SIGNATURE PAGE FOR ATTORNEY LIST]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATAQUILL LIMITED, | CASE NO. 3:14-CV-02975-WHO |
| Plaintiff/Counter-defendant, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| v. | |
| APPLE INC., | **(Civ. L.R. 7-12)** |
| Defendant/Counter-claimant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff/Counter-defendant DATAQUILL LIMITED ("DataQuill") and Defendant/Counter-claimant APPLE INC. ("Apple"), that:

1. DataQuill's causes of action in this action are dismissed with prejudice;
2. Apple's counterclaims in this action are dismissed without prejudice; and
3. Each party shall bear its own attorneys' fees, costs, and expenses relating to this action.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  September 19, 2014 | Dated:  September 19, 2014 |
| */s/ Gabriel S. Gross* <br> Douglas E. Lumish (Bar No. 183863) <br> doug.lumish@lw.com <br> Gabriel S. Gross (Bar No. 254672) <br> gabe.gross@lw.com <br> Michelle Ma (Bar No. 286653) <br> michelle.ma@lw.com <br> LATHAM & WATKINS LLP <br> 140 Scott Drive <br> Menlo Park, California  94025 <br> Telephone:  +1.650.328.4600 <br> Facsimile:  +1.650.463.2600 <br><br> Philip X. Wang (Bar No. 262239) <br> philip.wang@lw.com <br> LATHAM & WATKINS LLP <br> 355 South Grand Avenue <br> Los Angeles, California  90071 <br> Telephone:  +1.213.485.1234 <br> Facsimile:  +1.213.891.8763 <br><br> Attorneys for Defendant APPLE INC. | */s/ Parker C. Folse, III* <br> Marc M. Seltzer (Bar No. 54534) <br> mseltzer@susmangodfrey.com <br> SUSMAN GODFREY L.L.P. <br> 1901 Avenue of the Stars, Suite 950 <br> Los Angeles, California  90067-6029 <br> Telephone:  (310) 789-3100 <br> Facsimile:  (310) 789-3150 <br><br> Parker C. Folse, III (*Pro Hac Vice*) <br> pfolse@susmangodfrey.com <br> Floyd G. Short (*Pro Hac Vice*) <br> fshort@susmangodfrey.com <br> SUSMAN GODFREY LLP <br> 1201 Third Avenue, Suite 3800 <br> Seattle, Washington 98101 <br> Telephone: (206) 516-3860 <br> Fax: (206) 516-3883 <br><br> Joseph S. Grinstein (*Pro Hac Vice*) <br> jgrinstein@susmangodfrey.com <br> SUSMAN GODFREY LLP <br> 1000 Louisiana, Suite 5100 <br> Houston, Texas 77002 <br> Telephone: 713.653.7824 <br> Fax: (713) 654-6666 <br><br> Attorneys for Plaintiff DATAQUILL LIMITED |

## **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2014

_____
HON. WILLIAM H. ORRICK
United States District Judge

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the electronic filing of this document has been obtained from its signatories.

Dated:  September 19, 2014

*/s/ Gabriel S. Gross*
Gabriel S. Gross