1   [SEE SIGNATURE PAGE FOR ATTORNEY LIST]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DATAQUILL LIMITED, | CASE NO. 3:14-CV-02975-WHO |
|---|---|
| Plaintiff/Counter-defendant, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| APPLE INC., | **(Civ. L.R. 7-12)** |
| Defendant/Counter-claimant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff/Counter-defendant DATAQUILL LIMITED ("DataQuill") and Defendant/Counter-claimant APPLE INC. ("Apple"), that:

1. DataQuill's causes of action in this action are dismissed with prejudice;
2. Apple's counterclaims in this action are dismissed without prejudice; and
3. Each party shall bear its own attorneys' fees, costs, and expenses relating to this action.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated:  September 19, 2014 | Dated:  September 19, 2014 |
| 2 | | |
| 3 | */s/ Gabriel S. Gross*<br>Douglas E. Lumish (Bar No. 183863)<br>doug.lumish@lw.com | */s/ Parker C. Folse, III*<br>Marc M. Seltzer (Bar No. 54534)<br>mseltzer@susmangodfrey.com |
| 4 | Gabriel S. Gross (Bar No. 254672)<br>gabe.gross@lw.com | SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950 |
| 5 | Michelle Ma (Bar No. 286653)<br>michelle.ma@lw.com | Los Angeles, California  90067-6029<br>Telephone:  (310) 789-3100 |
| 6 | LATHAM & WATKINS LLP<br>140 Scott Drive | Facsimile:  (310) 789-3150 |
| 7 | Menlo Park, California  94025<br>Telephone:  +1.650.328.4600 | Parker C. Folse, III (*Pro Hac Vice*)<br>pfolse@susmangodfrey.com |
| 8 | Facsimile:  +1.650.463.2600 | Floyd G. Short (*Pro Hac Vice*)<br>fshort@susmangodfrey.com |
| 9 | Philip X. Wang (Bar No. 262239)<br>philip.wang@lw.com | SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3800 |
| 10 | LATHAM & WATKINS LLP<br>355 South Grand Avenue | Seattle, Washington 98101<br>Telephone: (206) 516-3860 |
| 11 | Los Angeles, California  90071<br>Telephone:  +1.213.485.1234 | Fax: (206) 516-3883 |
| 12 | Facsimile:  +1.213.891.8763 | Joseph S. Grinstein (*Pro Hac Vice*)<br>jgrinstein@susmangodfrey.com |
| 13 | Attorneys for Defendant APPLE INC. | SUSMAN GODFREY LLP<br>1000 Louisiana, Suite 5100 |
| 14 | | Houston, Texas 77002<br>Telephone: 713.653.7824 |
| 15 | | Fax: (713) 654-6666 |
| 16 | | Attorneys for Plaintiff DATAQUILL LIMITED |

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  September 23, 2014

_____
HON. WILLIAM H. ORRICK
United States District Judge

   Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the electronic filing of this document has been obtained from its signatories.

Dated:  September 19, 2014

*/s/ Gabriel S. Gross*
Gabriel S. Gross